## HARRIET B. PROVOST, EXECUTRIX, AND ANOTHER, RESPONDENTS, v. JOHN C. PROVOST AND OTHERS, APPELLANTS.

*Will — construction of — trust — costs — extra allowance — when not allowable.*

The testator devised to the plaintiffs all his real estate, in trust, to receive the rents and profits, and, after paying the expenses of the management of the estate, to pay over the proceeds to his widow, " until all of my living children shall be of age ; " and further directed that the trust should cease " upon the arrival of all my children at full age."

*Held,* that the trusts did not continue beyond the life of the widow ; and that, in case of her death before the youngest child arrived at the age of twenty-one years, it would cease.

This action was brought by the executrix and executor of the deceased to obtain a construction of his will, the complaint alleging that the defendants claimed

the trusts thereby created to be void, and that they threatened to bring a partition suit. The Special Term upheld the trust, and gave costs and an extra allowance to the plaintiffs and to each of the defendants, some of whom were adults and others infants. *Held,* that costs and allowance to the adult defendants could not be sustained, nor could the allowance to the infant defendants. (*Downing* v. *Marshall,* 37 N. Y., 380.)

APPEAL from a judgment in favor of the plaintiffs, entered upon the trial of this action at the Special Term.

*Andrew J. Provost, Wm. H. Onderdonk* and *D. P. Barnard,* for the appellants. *Theo. S. Jackson* and *E. More,* for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and TALCOTT, J. PRATT, J., not sitting.

Judgment affirmed as modified in accordance with opinion.